IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENNIS LEE WILLIAMS**                                         **PLAINTIFF**

v.              **CASE NO. 4:11CV00262 BSM/JTK**

**M. REEVES et al.**                                                 **DEFENDANTS**

## ORDER

Venue properly lies in the United States District Court for the Western District of Arkansas because the events giving rise to this case occurred there and the defendants are located there. Further, the interests of justice will be served by transferring this case to the Western District of Arkansas as permitted by 28 U.S.C. § 1406(a). Therefore, the clerk's office is directed to immediately transfer plaintiff's entire case file to the Western District of Arkansas, Hot Springs Division, 347 U.S. Post Office & Courthouse, P.O. Box 6406, Hot Springs, AR 71902-6406.

IT IS SO ORDERED this 4th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE